## *Skovronsky & Weiser*
### *Attorneys at Law*

HAROLD SKOVRONSKY
CHARLES WEISER

*By ECF*

1222 AVENUE M
SUITE 501
BROOKLYN, NY 11230
TEL. 718-336-8886
FAX 718-336-8104

February 3, 2026

Granted.
SO ORDERED:

2/3/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

Re:    JACKSON – v – COMMISSIONER OF SOCIAL SECURITY
       25-CV-7265

Honorable Judge Lehrburger:

I am writing to the Court to request an extension for the filing of plaintiff's brief, which had been due on January 15, 2026. Due to a clerical error in my office, I neglected to submit this request in a timely fashion, and I apologize to the Court for that omission. I respectfully ask the Court to grant a *nunc pro tunc* order allowing the plaintiff to serve and file his motion on or before March 16, 2026.

The Assistant United States Attorney consents to the forgoing request.

Respectfully,

Harold Skovronsky

HS:bs