## Skovronsky & Weiser
### Attorneys at Law

HAROLD SKOVRONSKY
CHARLES WEISER

1222 AVENUE M
SUITE 501
BROOKLYN, NY 11230
TEL. 718-336-8886
FAX 718-336-8104

By ECF

March 16, 2026

**Granted.** Plaintiff's brief shall be filed by March 30, 2026; the Commissioner's brief shall be filed by May 29, 2026; Plaintiff's reply, if any, shall be filed by June 19, 2026.

SO ORDERED:

3/16/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

Re:    JACKSON – v – COMMISSIONER OF SOCIAL SECURITY
         25-CV-7265

Honorable Judge Lehrburger:

In accordance with the amended briefing schedule, plaintiff's motion is due today. With profound apologies I am constrained to ask the Court for two additional weeks. For the past month I have been contending with substantial medical issues, including a severe and protracted bronchitis that has made it impossible to maintain my work schedule. I was thus unable to meet the deadline imposed by the Court, and I must ask for Your Honor's indulgence.

The Assistant United States Attorney consents to the forgoing relief, and at the same time requests that the Court allow 60 days for defendant to respond to plaintiff's motion.

I thank Your Honor for understanding and for your consideration.

Respectfully,

Harold Skovronsky

HS:bs